UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mankengo Vernon Mwalumba

    v.                                Case No. 19-cv-032-LM

United States of America

**REPORT AND RECOMMENDATION**

    Petitioner, Mankengo Vernon Mwalumba, filed this petition for a writ of habeas corpus (Doc. No. 1), pursuant to 28 U.S.C. § 2241, while in custody at the Strafford County Department of Corrections.  Mwalumba appears to have been released.  See Doc. No. 4.  The Feb. 4, 2019 Order (Doc. No. 5) directed petitioner to show cause why the petition should not be dismissed as moot; that Order was returned to this court as undeliverable.  See Doc. No. 6.  Mwalumba did not respond to that Order.

    The district judge should dismiss this petition, without prejudice, as moot and for want of prosecution.  Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen-day period may be extended upon motion.  Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_/s/ Andrea K. Johnstone_
Andrea K. Johnstone
United States Magistrate Judge

March 29, 2019

cc: Mankengo Vernon Mwalumba, pro se